Robert Huber #193205
Stanley Corr. Inst.
100 Corrections Dr.
Stanley, WI 54768-6500

June 7, 2011

TO: Judge William C. Griesbach
United States Court for the Eastern District
Green Bay Division
Jefferson Court Bldg.,
125 S. Jefferson St., Rm. 102
Green Bay, WI 54301-4541

RE: Robert Huber v. Jeff Pugh
Case No. 10-C-435



Dear Judge Griesbach:

I have received the June 4, 2011 letter of the Respondent, which is thinly veiled attempt to persuade the court to allow the Respondent to argue against the issuance of a COA.

The Respondent, quite simply, does not want to risk the 7th District correcting the error which this court made in concluding that Huber was on probation at the time of revocation.

As illustrated in his brief and in the Motion for Reconsideration, the records prove only that the DOC waited until after they had lost subject matter jurisdiction to obtain an alleged admission of guilt and formal tolling order.

This court has given the State a victory it does not deserve, and entered a speculatory conclusion with no basis in fact or law, and the Respondent is desperate to make sure that incorrect conclusion doesn't get reversed.

Respectfully,

Robert Huber

CC: MARK A NEUSER
WISC DOJ