UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

10-C-435

ROBERT HUBER,
    Plaintiff

v.                                   NOTICE OF APPEAL

JEFF PUGH
    Defendant

USDC EDWI
FILED IN GREEN BAY DIV
JUN 2 7 2011
AT_____ O'CLOCK _____M
JON W. SANFILIPPO

Notice is hereby given that Robert Huber, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the order dismissing the Petition for Writ of Habeas Corpus entered in this action on the 19th day of May, 2011

Robert Huber, pro se
Stanley Corr. Inst.
100 Corrections Dr.
Stanley, WI 54768-6500